STATE OF NEW JERSEY v. HOWARD A. GIBBS.

September 20, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. DARNELL OLLIE THOMPSON.

September 20, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES COZART.

September 20, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. CESAR ALVAREZ.

September 23, 1976. Petition for certification denied.

WILLIAM F. HYLAND, ATTORNEY GENERAL OF N. J. v. RONALD RANONE.

September 23, 1976. Petition for certification granted. (See 141 *N. J. Super.* 48)

STATE OF NEW JERSEY v. ROBERT DEL VECCHIO.

September 23, 1976. Petition for certification denied. (See 142 *N. J. Super.* 359)